```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LYNN GAMBRILL, on behalf of herself
and all others similarly situated,

                          Plaintiff,                    23-CV-08270 (LAK)(SN)

    -against-                                  **ORDER**

CS DISCO, INC., KIWI CAMARA, and
MICHAEL LAFAIR,

                          Defendants.
-----------------------------------------------------------------X

SARAH NETBURN, Magistrate Judge:

        On September 19, 2023, Plaintiff filed a class action lawsuit on behalf of persons and entities that purchased shares of CS Disco, Inc.'s common stock between July 21, 2021, and August 11, 2022. The Complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 ("1934 Act").

        Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that:

> Not later than 20 days after the date on which the complaint is filed, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class--
>
> > (I) of the pendency of the action, the claims asserted therein, and the purported class period; and
> >
> > (II) that, not later than 60 days after the date on which the notice is published, any member of the purported class may move the court to serve as lead plaintiff of the purported class.

15 U.S.C. § 78u-4(a)(3)(A)(i). The PSLRA also requires that not later than 90 days after the date on which notice is published, the Court shall consider any motion made by a purported class

member in response to the notice, and shall appoint as lead plaintiff the member or members of the purported plaintiff class that the Court determines to be most capable of adequately representing the interests of class members. See id. § 78u-4(a)(3)(B)(i). In the event that more than one action on behalf of a class asserting substantially the same claim or claims has been filed, and any party has sought to consolidate those actions for pretrial purposes or for trial, the Court shall not appoint a lead plaintiff until after a decision on the motion to consolidate is rendered. See id. § 78u-4(a)(3)(B)(ii).

Plaintiff's counsel published the required notice on September 19, 2023. Pursuant to the notice, members of the purported class had until November 20, 2023, to move the Court to serve as lead plaintiffs. Accordingly, it is hereby

ORDERED that opposition to any motion for appointment of lead plaintiff shall be served and filed by December 4, 2023.

IT IS FURTHER ORDERED that a conference shall be held on December 11, 2023, at 10:00a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York to consider any motions for appointment of lead plaintiff and lead counsel and for consolidation.

IT IS FURTHER ORDERED that the named Plaintiff shall promptly serve a copy of this Order on each of the defendants.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   November 27, 2023
         New York, New York