UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LYNN GAMBRILL, on behalf of herself
and all others similarly situated,

                     Plaintiff,

        -against-

CS DISCO, INC., KIWI CAMARA, and
MICHAEL LAFAIR,

                    Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/8/2023

23-CV-08270 (LAK)(SN)

ORDER

**SARAH NETBURN, Magistrate Judge:**

    Plaintiff Lynn Gambrill has withdrawn her motion to be appointed as Lead Plaintiff, and Randal Black does not oppose the appointment of Bert Pluymen (though he has not withdrawn his motion). Accordingly, the conference scheduled for December 11, 2023, is ADJOURNED.

    Pursuant to Fed. R. Civ. P. 42(a) and Section 21D(a)(3) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), the Court is required to appoint "the most adequate plaintiff" as the lead plaintiff. In re NYSE Specialists Sec. Litig., 240 F.R.D. 128, 141 (S.D.N.Y. 2007) (quoting 15 U.S.C. §78u-4(a)(3)(B)(i)). The lead plaintiff should be the movant who possesses the largest financial interest in the outcome of the action and who otherwise satisfies the requirements of Federal Rule of Civil Procedure 23. See 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I).

    Pluymen alleges he lost approximately $40,583.30 in connection with the purchases of CS Disco, Inc. securities. Because he has the largest financial interest, Pluymen is presumed to be the "most adequate plaintiff." See 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I) (there is a "rebuttable

presumption . . . that the most adequate plaintiff . . . is the person or group of persons . . . that . . . has the largest financial interest in the relief sought by the class.")

Gambrill and Black, however, have identified certain deficiencies in Pluymen's application that warrant attention. Accordingly, by Wednesday, December 13, 2023, Pluymen shall file a supplemental affidavit addressing the issues raised in the Gambrill and Black briefs. Assuming the Court is satisfied that Pluymen is an adequate Lead Plaintiff, he will be appointed. To that end, by the same date, Pluymen's counsel shall file a proposed order (1) appointing Pluymen as Lead Plaintiff, and (2) appointing The Rosen Law Firm as Lead Counsel for Lead Plaintiff and the Class. The parties will thereafter follow the schedule ordered by the Court on December 4, 2023.

The Clerk of Court is respectfully requested to terminate the motion at ECF No. 29.

**SO ORDERED.**

DATED:   December 8, 2023
         New York, New York